**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-60033-CR-COOKE(s)/Bandstra**


UNITED STATES OF AMERICA

      Plaintiff,

vs.

MICHAEL PLESAK,

      Defendant.

_____/

## SENTENCING MEMORANDUM

### INTRODUCTION

On June 27, 2012, this Court will sentence my client, Michael Plesak on his plea of

guilty to conspiracy to distribute oxycodone. While the Court will have the Presentence

Investigation Report that was prepared by the probation department, there are certain

elements of the Defendant's background that require independent treatment.

In short, the twenty-seven (27)  year old Michael Plesak, known to his friends and

family as "Mikey", is a reserved, mild-mannered and easy-going fellow who has become

an expert at building computers and designing and operating various computer programs.

This unassuming and introspective young man is well liked for his friendly disposition

and his good heart. He is also a loving father to his twelve year (12) old son Dominic. The

character trait that is universally recognized by those who know Michael and which is

particularly important in this case is that my client is by no means assertive and is,

frankly, gullible and easily manipulated. That combined with the respect he was taught to have for his uncle and conspiracy ring leader, Vincent Colangelo, is largely responsible for the predicament that now haunts him.

It is the people who know Michael best, his family and close friends, who can best provide the Court with the needed insight so that the Court can arrive at the appropriate sentence in this case.

## ARGUMENT

As the Presentence Investigation Report reflects, Michael was working at GameStop and repairing computers when his uncle, Vincent Colangelo, placed Michael on the path to ruination by enticing him to work at one of Colangelo's pain clinics in the capacity of maintaining the office computer systems and existing websites.  Colangelo promised a decent salary (six hundred dollars ($600) per week), so Michael decided to work for his uncle after Colangelo went to great lengths to assure Michael that his business was operating well within the law. Colangelo certainly understood how maleable Michael was, and he took full advantage of that weakness by utilizing Michael as his front man for depositing cash into company bank accounts and purchasing exotic automobiles in Michael's name. Of course, my client is not without fault when, at some point during his employ, it became clear to him that the clinic was being operated outside the law. Rather than leaving his uncle's employ, he decided to remain, a tragic mistake.

So who is Michael Plesak? His mother, Denise Tognoli, has written a letter to the

Court ( attached as Exhibit A) who describes her son as being "mild mannered, soft spoken, laid back, trusting and gentle." Mrs. Tognoli went on to write that, "[s]adly for Mikey all these aspects that makes [sic] a good man, also makes him a very vulnerable person. I am angry at times, having feelings other more seasoned people took advantage of Mikey in this manner."

Mrs. Tognoli also related an incident in her letter which illustrates my client's fundamental goodness and how little rehabilitation is required here. About thirteen years ago, Michael's youngest brother Stephen contracted a rare disease that looked fatal. When it appeared that Stephen was going to die, Michael told his mother that he was prepared to trade places with his younger brother because " I got to live life a lot longer and do things he wouldn't"; this from a fourteen year old who had barely graduated middle school.

Michael's younger sister, Tamara Battista, in her letter ( attached as Exhibit B) worries about how her brother would fare in jail because " he is to [sic] quiet and calm to mix up with the people in there."

My client's aunt, Dawn  I. Tognoli, echoed the observations of Denise Tognoli in relating how Michael, after his release on bond in this case, "made it clear that he would never do anything to place himself in that position ever again" (letter attached as Exhibit C).

My client's father, Anthony Tognoli, observed in his letter (see Exhibit D) that Michael "is the most fragile of all my kids. He is so trusting that it got him where he is

today." Mr. Tognoli went on to write that his son " has been very sheltered from life because he was so involved with computers.... He needs a second chance. He was just manipulated by a drug addict...".

We also refer the Court to the letters of Deanna Battista, Bernice Galer-Tognoli, Nancy Colangelo, Lisa Ann Colangelo and Stephen Tognoli who express similar sentiments, (attached here to as Exhibits E, F, G, H and I, respectively).

## CONCLUSION

The undersigned has moved for a downward variance in this case, and this candid view of Michael Plesak presents to the Court a person who would benefit greatly from a non-custodial sentence. The undersigned recognizes that he is asking the Court to take a chance with Michael Plesak, but we believe that the circumstances of this case my client's susceptibility of being manipulated by his uncle merit favorable consideration by the Court. This is one of those cases where incarceration is not needed to send a message or for rehabilitation.

Respectfully submitted,
SCLAFANI & ASSOCIATES, P.A.
110 SE 6th Street
Suite 1970
Fort Lauderdale, Florida 33301
Telephone:  (954) 892-7333
 Facsimile:   (954) 476-0684

By:   s/Thomas D. Sclafani
        Thomas D. Sclafani
        Fla. Bar No. 232483

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2012, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.  I also certify that the

foregoing document is being served this day on all counsel of record or pro se

parties either by transmission of Notices of Electronic Filing generated by CM/ECF

or in some other authorized manner for those counsel or parties who are not

authorized to receive Notices of Electronic Filing.


                                         s/Thomas D. Sclafani