LETTER FOR LENIENCY

United States District Court
Southern District Of Florida

To: Your Honorable Judge Marcia Cooke,

 Dear Judge Cooke my name is Mrs. Denise Tognoli, my eldest son  Michael Plesak will stand before Your Honor
 for sentencing on May- 9- 2012. With much sorrow I am writing this letter pleading mercy from this Honorable Court for my son.

Micheal  also known as Mikey to family, his demeanor is very mild mannered, soft spoken, laid back, trusting and gentle. His character is quiet, sweet, loving and thoughtful with great moral qualities, innocently naive his  personality reflects this combination of outer and inner characteristics. He was raised to trust and respect his elders and strangers, I know of noone who dislikes him, they can see right through him, hes a good boy who holds no malice to anyone and who judges none.
Sadly for Mikey all these aspects that makes a good man, also makes him a very vulnerable person. I am angry at times, having feelings other more seasoned people took advantage of Mikey in this manner.
 One story that I will always think of when I reflect of my son and the person he is . As is said prior Mikey is the oldest of seven, my youngest Stephen about 14 years ago came down with deadly disease he was hospitalized with Kawasakie disease which can be fatal he was very ill for weeks. When me and my late husband who was a great Father to Mikey from the time he was 6 months old till he passed right before Mikeys high school graduation, Stephen was still very sick looking because of the symptoms the disease has on the body, blisters all over the body , peeling skins from hands and the whites of his eyes were completly red. Mikey was about 14 , he looks at his brother you can see this saddness overwhelming him. I put Stephen down to rest, Mikey comes in to me a short time later and says " Mommy, Stephen looks so bad is he going to die". I said I hope not son, we can only pray. He then looked at me and said " Well if he does I wish I can trade places with him, I am alot older than him and I got to live life alot longer and do things he he wouldnt". To me that sums up Mikey on so many levels from trusting God to bieng so loving, caring and unselfishness.
 I know my son never intented to make such a huge mistake in his life, he has always been a good smart boy. He loved working at Gamestop before he went to work there, and fixed peoples electronics at night and grooming his cats before he went to sleep, he

Page 1

## LETTER FOR LENIENCY

is a workahaulic and never went to clubs and bars like his peers growing up. He sure made a big mistake, he trusted a  family member who was his elder and was always told he was like a son to Vincent  and worked there with with no intention of ever doing anything wrong, he was doing what he loved working with computers which he went to some college for and fixing them. From the time Mikey was 3 years old he already was a electronic genious. He would never get caught up in nothing like this ever, I believe that he learned alot from this. He will never be a threat to the community. He has alot of support from all of his family and friends and that will be continued in anyway needed from moral support to education. Mikey has so much to look foward to in life, he has been working on his relationship with his son, he wants to get married, work hard, and oneday buy a home. All these things have been on hold for now. He accepts responsiblity and the seriousness of his acts before Your Honor.  He knows and understands whatever sentence Your Honor shall impose, that he will for the rest of his life will  be reminded, of as it will reflect in all aspects of his life in the future.

I do plead to Your Honorable Judge Marcia Cooke with understanding there are consequenses for my sons actions, for leniency / reduction  please give my son Michael Plesak One chance to earn back the trust of the community and Your Honor at sentencing.

 This is the most difficult letter I think a mother has to write as we all love our children unconditionally, I will bear my sons sentence alongside him.

Thank You for your time and consideration.

Respectfully,
 Mrs. Denise Tognoli