United States Southern District Of Florida

To: Honorable Judge Marcia Cooke,

Dear Honorable Judge Marcia Cooke, My name is Tamara Battista I am Michael Plesaks younger sister. I just wanted to say a few things in my brothers behalf. I wanted to ask of you for some leniency for my brother Mikey , I know he is a great person and is very intelligent and has his whole life ahead of him I would not want to see it waste away in jail when I know he is better than that.Mikey can do so much with himself because I know him as a person and I know him going away will only hold him back and make him back track in life and I really don't want to see him go away from us.He has a huge family who all loves him dearly and only wishes the best for him.I have a daughter myself as he has his son, my nephew and to see his son Dominic miss out on his father is just terrible because i know what its like to grow up without my father, and I dont want to see the same for my nephew. Everybody makes mistakes in life and people learn from them and I know my brother has learned from anything he has done. I talk to my brother from time to time and I check to see how he is and I see how stressed he is over this. Its tearing him up inside and breaking him down and depressing him knowing what may happen to him.I dont think my brother can survive in a place like that he is to quiet and calm to mix up with the people in there I dont want to hear him get hurt in a place where I know he dont quite fit in. I think jail in certian cases can worsen the person and I don't want to see the chance of that happen to my brother.I love him just as I love my daughter and every other one in my family for that matter my family is most important to me. So please Your Honor please be lenient in my brothers case if there is anything you can do to keep him out of there house arrest probation anything. I would be so so so greatfull and happy and thankful for it. Please take my letter into consideration It would be greatly appreciated from me thank you Judge Marcia Cooke.

Sincerely ,
Tamara Alana Battista

Page 1