Southern District of Florida

To the Honorable Judge Marcia Cooke,

This is my request and plea for leniency in the sentencing of Michael Plesak.

I have known Michael for about 16 years when I starting working for his grandfather. Several years past and Michael's mother ended up marrying by oldest brother-- making me an aunt to Michael. I can say that Michael is generally a law abiding citizen who was involved in a situation which he regrets being a part of as well the mistakes he made. After his initial release from prison on bond, he made it clear that he would never do anything to place himself in that position ever again. I can say with surety I believe him. He comes to my familys gatherings and holidays where he is loved and welcomed by all of us.

Michael is mild mannered, quiet, respectful and helpful to his friend and family. He has a son that he cares and loves deeply and enjoys spending quality moments together when he is able mostly due to distance. He strives to be a positive role model for his son, and plans to be a part of his son's life until the day he dies.

Michael comes from a large family; he is the oldest of 9 siblings (2 are step siblings).  So not only does he need to exemplify a positive role in their lives also, in return he has a very strong support system.

Please consider leniency when sentencing takes place for Michael Plesak.

Respectfully,


Dawn I. Tognoli