USDC Southern District Of Florida

To: Honorable Judge Marcia Cooke

Your Honor my name is Anthony S. Tognoli on May- 9- 2012 you will be sentencing my son Michael Plesak, I'm very scared for my step so, he is the most fragile of all my kids. He is so trusting, it got him where he is today unfortunatley. I will not have him change though, thats why he is so loved by all who know him, thats too many. He is very shy and just wants to do computer stuff. I wish you could know how innocent he is on all walks of life. He has been very sheltered from life because he is so involved with computers. He did not know what he did would get him in trouble. I promise you that. I LOVE MY MIKEY!! please Your Honor, have the mercy on him I know he needs. He will never mess up again. He needs a second chance. He was just manipulated by a drug addict, and lied to, almost taken advantage of because of his nature. Please have mercy. Jesus knows thats the truth.

Thank you for taking this in consideration, now I got to go cry.

Respectfully,

Anthony S. Tognoli