d

Southern District Of Florida

April 9, 2012

To The Honorable Judge Marcia Cooke,

This is my request and plea leniency in the sentencing of Michael Plesak.

Michael is my oldest brother of seven children. He is a good hearted person, well mannered, always thinks of others first before him, he is the least
selfish person I know. When I was little he always helped me with my homework, cause I wasn't very good at it. He showed me that learning
is one of the best things you can do in life. I have looked up to my brother Michael because of the good caring person he is. He loves his family and
friends and wants to be there for all of us, as do we for him. I always saw Michael as my role model. He would do anything for anyone and never try
to hurt anyone. He has the most respect towards people and his family. I know he would never put himself in a postion like this ever again, I believe
Michael.

Please consider my letter for leniency in Michael's sentencing.

Sincerely,

Deanna Ta-ha-nee Battista