To: The Honorable Judge Marcia Cook
From: Bernice Galer-Tognoli
Subject: Michael Plesak

I Bernice Galer-Tognoli am the Mother-in-Law to Denise Tognoli who has a son, Michael Plesak. I have known Michael for approximately 10 years. He has been to my home on many occasions for family dinners and holiday celebrations. I have observed that he is nice and quiet young man with manners, and that we enjoy his company.

I believe that he is a very responsible young man who had been on his own from a young age and has taken good care of himself. This is why I am requesting that you consider leniency for Michael Plesak when sentencing occurs on May 9th, 2012.

As you can see, I fully support my husband, Stephen J Tognoli in this belief. We both agreed to posting bond for Michael Plesak, as we know that he is a fine young man.

Respectfully,
Bernice Galer-Tognoli