Letter pleading for Leinency for Michael Plesak

To Honorable Judge Marcia Cook,

   I am Nancy Colangelo I'm Michael Plesaks Grandmother. I live in New York with my daughter Lisa, which is Michaels Aunt as well. I heard from my other daughter Denise about her son, my Grandson about what had happened and what's going on. So in my behalf I wanted to say a few good things about my Michael. Michael is a brilliant young man. He can Build a computer on his own from scratch. Thats how smart and talented he is. Anytime I have seen him I always enjoyed his company and the sweet things he would do for me. He is such a joy to be around and always made me feel first. I have cancer and had a rough few years or so and my Michael always knew how to help me and make me feel better when I've talked to him. It would be nice to see him again before my time here because I don't know how much longer I will be here. I don't want to see my grandson in jail, it broke my heart to have heard all the things that happened in the past couple of years. I love him so dearly and want him to be happy and wish the best for him because thats all I want and believes he deserves. I would be very thankful if you can take my letter into consideration for my grandson Michael and help him for the better. I hope after this he can look past this and I know he will live a wonderful fulfilled life and do all the right things and be better, I know no one is perfect but I think of all my children and grandchildren as perfect people. Thank You Judge Marcia Cook for reading what I had to say about my grandson and please think about being lenient on Michael for the mistakes he has made in life.

   Respectfully,

   Grandma Nancy Colangelo