Leniency Letter

To Honorable Judge Marcia Cooke,

 My name is Lisa Colangelo, Michael Plesaks Aunt. I live in New York and don't know much of what had happened with my nephew in Florida, but I do know that my nephew is a wonderful young man. He has always been so nice and respectful anytime I have visited or when's he visited me and my mother here in New York. He is a very intelligent young man and has so much to offer in life with the talents he has. Mike can do so much with himself and I believe with a little push he can go above and beyond for the better for himself. It would be much appreciated if you can give my nephew some leniency in his case when you sentence him. I know that he had made some mistakes and he knows he can't change them, but I know he has learned from this and only will better himself once he gets through this. Please show Michael some Mercy on his case because he has many people who love and care for him and knows that he will succeed in life. With all that being said thank you for reading my letter and hope you take this into consideration for my nephew. Thank you.

      Sincerely,
      Lisa Ann Colangelo