The Southern District Of Florida

To: The Honorable Judge Marcia Cooke

From : Stephen J. Tognoli

My son, Anthony S. Tognoli is married to Denise Tognoli, who has a son Michael Plesak from a former marriage.
I posted the bond for Michael Plesak because I trust him. I believe Michael is not a threat to society and can pursue a productive life if given the opportunity. Please consider leniency for Micheal Plesak when sentencing occurs on May 9th, 2012.

Respectfully,

Stephen J. Tognoli; Recently retired Miami/Dade County Public School Teacher for the Deaf/Hard of Hearing.