# SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CASE # 11-60033-CR-COOKE

DEFENDANT: MICHAEL PLESAK        **JUDGE MARCIA G. COOKE**

Deputy Clerk: Ivan Marchena        Date: June 27, 2012

Court Reporter: Diane Miller        Interpreter:

AUSA: Scott Behnke        Deft's Counsel: Thomas Sclafani, Esq..

COUNTS DISMISSED: all remaining

___ Deft. Failed to Appear - Warrant Iss.

___ Sentencing cont'd until: _____

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  | 60 | 1 |
|  |  | - |  |

Supervised Release: 3 years        Special Conditions:

## PROBATION

Years: _____    Months: _____        Counts: ____

Special Conditions: _____

Assessment $ 100.00        Fine $ __

Restitution/Other _____

### CUSTODY

___ Remanded to the Custody of the U.S. Marshal Service    ___ Release on bond pending appeal

 X  Voluntary Surrender to (designated institution or U.S. Marshal Service) on: September 27, 2012

Commitment Recommendation: _____